**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| THEODORE POINTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:17-cv-01591 |
| | ) | Judge Trauger |
| JOE SCOTT, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The magistrate judge issued a Report and Recommendation on May 30, 2018,

(DE #31), to which no timely objections have been filed.  The Report and Recommendation is

therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For the

reasons expressed therein, it is hereby ORDERED that the defendants' Motion to Dismiss (Docket

No. 18) is GRANTED, and this case is DISMISSED with prejudice.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 18th day of June 2018.

_____
ALETA A. TRAUGER
U.S. District Judge